# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



TERESA ORTIZ

     VS.                                     **CIVIL NO.**  04-1604  **(JAF)**

COMMISSIONER OF SOCIAL
SECURITY

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |

| **- O R D E R -** |
|---|
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 13, and no objections having been filed, the court **ADOPTS** the Magistrate's Report and **REMANDS** the case to the Commissioner for further proceedings consistent with the court's findings. |
| **IT IS SO ORDERED.** |

   June 10, 2005                                S/José Antonio Fusté
       Date                                          José Antonio Fusté
                                                   Chief U.S. District Judge